**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 26, 2024**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00806-CV

---

### NAVARRO COUNTY, TEXAS, Appellant

### V.

### HAYLIE KNUPPEL, Appellee

---

**On Appeal from the 13th District Court
Navarro County, Texas
Trial Court Cause No. D24-32150-CV**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 4, 2024. On October 28, 2024, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.